IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 18-cr-201-2- MSK-GPG     Court Deputy: A. Barnes
Date: October 21, 2019     Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. JESSICA MONARREZ
**2. ANDY SELTZER**
Defendants.

---

## ORDER

---

The Court has fully reviewed the Grand Jury transcripts: ECF #111 in 18CR201 and ECF #210 in 18CR202. Both transcripts were filed *in camera* at the direction of the Court. Defendant Seltzer had moved for additional unfettered access to the transcripts in that copies of each could/would be left with him at the detention facility. The Court has currently allowed him to review the transcripts under the supervision of his standby counsel or a designee, e.g., an investigator or legal assistant. However, due to the investigative methods regarding confidential sources set forth in the transcripts, the actual transcripts may not remain in Defendant's custody. After a full review, the Court finds no reason to alter the earlier Order in that it already strikes the appropriate balance between protection of sources and methods and allowing Defendant sufficient time and access to plan and prepare his defense. Defendant specifically remarked that he wishes to compare the transcripts, side-by-side, with other evidence and reports. Nothing in the Court's current Order prevents or inhibits such comparison—particularly as Defendant wants to compare the transcript with audio/visual material which will not be allowed to remain in the detention facility for safety purposes and would have to be supervised by the same legal assistant. For those reasons, the Court RECOMMENDS that Defendant's motion for unfettered access to the Grand Jury transcripts be DENIED. Any party may object, in writing, to this RECOMMENDATION with fourteen (14) days pursuant to Federal Rule of Criminal Procedure 59(a).